William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
LOBEL WEILAND GOLDEN FRIEDMAN LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Plaintiff and Debtor and Debtor-in-Possession, John Jean Bral

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOHN JEAN BRAL,<br><br>　　　Debtor and Debtor-in-Possession.<br><br>———————————————<br><br>JOHN JEAN BRAL,<br>　　　Plaintiff,<br>v.<br>BARRY BEITLER,<br>　　　Defendant. | Case No. 8:17-bk-10706-SC<br><br>Chapter 11<br><br>Adv. Case No. 8:17-ap-01071-SC<br><br>**STIPULATION TO (1) CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND RELATED DEADLINES; AND (2) VACATING DEADLINES PURSUANT TO SCHEDULING ORDER**<br><br>**Current Hearing Date:**<br>DATE:　January 25, 2018<br>TIME:　11:00 a.m.<br>CTRM:　5C<br><br>**Requested Continued Hearing Date:**<br>DATE:　February 21, 2018<br>TIME:　2:00 p.m.<br>CTRM:　5C |

1146927　　　　　　　　　　　　　1　　　　　　　　　　　　　STIPULATION

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:

Plaintiff, John Jean Bral (the "Debtor") and Defendant Barry Beitler ("Beitler") (collectively, "Bral" and "Beitler" referred to as the "Parties"), enter into this *Stipulation to (1) Continue Hearing on Motion for Summary Judgment and Related Deadlines; and (2) Vacating Deadlines Pursuant to Scheduling Order* (the "Stipulation").

## RECITALS

A. On February 24, 2017, the Debtor commenced this case by filing a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California.

B. On May 9, 2017, the Debtor filed an adversary complaint (the "Complaint") commencing Adversary No. 8:17-ap-01071-SC (the "Adversary Proceeding") against Beitler for: (1) Avoidance of Preference Pursuant to 11 U.S.C. § 547; (2) Recovery of Avoided Transfers Pursuant to 11 U.S.C. § 550; and (3) Disallowance of Claims Pursuant to 11 U.S.C § 502.

C. On June 7, 2017, Beitler filed his Answer to the Complaint.

D. On October 6, 2017, the Debtor filed an Amended Complaint.

E. On October 20, 2017, Beitler filed his Answer to the Amended Complaint.

F. On November 13, 2017, this Court filed its Scheduling Order [Docket No. 25].

G. On December 14, 2017, the Debtor filed a Motion for Summary Judgment on Debtor's First Amended Complaint Against Barry Beitler for: (1) Avoidance of Preference Pursuant to 11 U.S.C. § 547; (2) Avoidance of Unperfected Liens Pursuant to 11 U.S.C. § 544(A); (3) Recovery of Avoided Transfers Pursuant to 11 U.S.C. § 550; and (4) Disallowance of Claims Pursuant to 11 U.S.C § 502 ("Motion for Summary Judgment"). A hearing on the Motion for Summary Judgment is currently scheduled to be heard on January 25, 2018, at 11:00 a.m. Based upon the hearing date of January 25, 2018, the deadline to file opposition to the Motion for Summary Judgment is January 4, 2018 and

the deadline to file a reply to any opposition is January 11, 2018 (the "Response Deadlines").

H.    The Parties wish to continue the hearing on the Motion for Summary Judgment (and the related Response Deadlines), from the current hearing date of January 25, 2018 at 11:00 a.m., to February 21, 2018 at 2:00 p.m., with the only issues to be considered at such continued hearing to be those relating to the Section 544 issues (and related Section 502 and 550 issues), with any and all other issues set forth in the Motion for Summary Judgment to be heard at another date and time, if necessary.

I.    The Parties further wish to vacate the deadlines set forth in the Scheduling Order [Docket No. 25].

## STIPULATION

**NOW, THEREFORE**, based on the above recitals, and subject to Court approval of the Stipulation, the Parties hereby stipulate and agree as follows:

1.    That the hearing on the Motion for Summary Judgment shall be continued from January 25, 2018 at 11:00 a.m. to February 21, 2018 at 2:00 p.m.

2.    That the Response Deadlines be continued such that any opposition shall be due not less than 21 days before the continued hearing on the Motion for Summary Judgment and any reply shall be due not less than 14 days before the continued hearing on the Motion for Summary Judgment.

3.    That the only issues to be considered at the continued hearing on the Motion for Summary Judgment shall be those relating to the Section 544 issues (and related Section 502 and 550 issues), with any and all other issues set forth in the Motion for Summary Judgment to be heard at another date and time, if necessary. For the avoidance of doubt, Beitler's opposition to the Motion for Summary Judgment need only address the Section 544 issues (and related Section 502 and 550 issues), and need not address any Section 547 issues. A separate deadline will be set for Beitler to oppose the Motion for Summary Judgment in connection with Section 547 issues.

1  4.  That the deadlines set forth in the Court's Scheduling Order [Docket No. 25] be vacated.

**SO STIPULATED AND AGREED:**

Dated: December 22, 2017

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
William N. Lobel
Alan J. Friedman
Beth E. Gaschen
Attorneys for Debtor/Plaintiff, John Jean Bral

Dated: December 22, 2017

LEVENE NEALE BENDER YOO & BRILL L.L.P.

By: _____
Gary E. Klausner
Krikor J. Meshefejian
Attorneys for Defendant, Barry Beitler

1146927

4

STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO (1) CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND RELATED DEADLINES; AND (2) VACATING DEADLINES PURSUANT TO SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December _22_, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) December ___, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December _22_, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
SERVED VIA PERSONAL DELIVERY/ATTORNEY SERVICE
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/_22_/2017 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |
| #1146830 | | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Alan J Friedman**  afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **Mark D Hurwitz**  mhurwitz@lsl-la.com, dsmall@lsl-la.com
- **Gary E Klausner**  gek@lnbyb.com
- **William N Lobel**  wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- **Krikor J Meshefejian**  kjm@lnbrb.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE