William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Plaintiff and Debtor and Debtor-in-Possession, John Jean Bral

**FILED & ENTERED**

**DEC 22 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JOHN JEAN BRAL,<br><br>    Debtor and Debtor-in-Possession.<br><br>JOHN JEAN BRAL,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY BEITLER,<br><br>    Defendant. | Case No. 8:17-bk-10706-SC<br><br>Chapter 11<br><br>Adv. Case No. 8:17-ap-01071-SC<br><br>**ORDER GRANTING STIPULATION TO (1) CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND RELATED DEADLINES; AND (2) VACATING DEADLINES PURSUANT TO SCHEDULING ORDER** |

    The Court having considered the *Stipulation to (1) Continue Hearing on Motion for Summary Judgment and Related Deadlines; and (2) Vacating Deadlines Pursuant to*

#1146803    1    ORDER

*Scheduling Order* (the "<u>Stipulation</u>")[1] entered into between John Jean Bral, the debtor and debtor-in-possession and plaintiff in the above-captioned chapter 11 case and defendant Barry Beitler ("Beitler") [Docket No. 31], finds good cause to enter the following order:

**IT IS ORDERED**:

1. The Stipulation is GRANTED;

2. The hearing on the Motion for Summary Judgment presently scheduled to be held on January 25, 2018 at 11:00 a.m., is continued to February 21, 2018 at 2:00 p.m.;

3. The current Response Deadlines are hereby continued such that any opposition to the Motion for Summary Judgment shall be due 21 days before the continued hearing and any reply shall be due 14 days before the continued hearing;

4. The only issues to be considered at the continued hearing on the Motion for Summary Judgment shall be those relating to the Section 544 issues (and related Section 502 and 550 issues), with any and all other issues set forth in the Motion for Summary Judgment to be heard at another date and time, if necessary;

5. Beitler's opposition to the Motion for Summary Judgment need only address the Section 544 issues (and related Section 502 and 550 issues), and need not address any Section 547 issues;

6. A separate deadline will be set for Beitler to file opposition to the Motion for Summary Judgment in connection with Section 547 issues;

7. The deadlines set forth in the Court's Scheduling Order [Docket No. 25] are hereby vacated; and

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Stipulation.

8. The Pretrial Conference currently scheduled for May 31, 2018 at 11:00 a.m. will remain on calendar as a status conference. A status report is due **14 days** in advance.

###

Date: December 22, 2017

Scott C. Clarkson
United States Bankruptcy Judge

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1146803

3

ORDER